# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141972 & (20)

ASHLEIGH HABERMAN, Next Friend of
MORGANNE SMITH, a Minor,
      Plaintiffs,

v

SPECTRUM HEALTH HOSPITALS,
a/k/a BUTTERWORTH HOSPITAL; and
RUSSEL D. JELSEMA, M.D.,
      Defendants-Appellants,

and

DIANA L. BITNER, M.D.,
      Defendant,

and

ADVANTAGE HEALTH and ADVANTAGE
HEALTH PHYSICIANS, P.C., d/b/a
ADVANTAGE HEALTH PHYSICIAN
NETWORK;  PAUL C. ELSEN, M.D.,
      Defendants-Appellees,

and

MICHIGAN DEPARTMENT OF
COMMUNITY HEALTH,
      Intervenor.

_____

SC:   141972
CoA:  297276
Kent CC: 08-13013-NH

     On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2011

_____
Clerk